UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATES OF MARYLAND, NEW JERSEY, NEW YORK, TENNESSEE, TEXAS, AND THE CITY OF NEW YORK *ex rel.* SCOIF,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY OPTIONS, INC. and COMMUNITY OPTIONS OF NEW YORK, INC.,<br><br>Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>COMMUNITY OPTIONS, INC. and COMMUNITY OPTIONS NEW YORK, INC.,<br><br>Defendants. | 20 Civ. 4684 (VEC)<br><br>[~~PROPOSED~~] UNSEALING ORDER |

WHEREAS, by notice dated November 27, 2024, and pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America (the "United States") and the State of New York (the "State") partially intervened in the above-captioned *qui tam* action;

WHEREAS, pursuant to paragraphs 1 through 5 of the Court's Order dated December 3, 2024, the Court set dates by which the United States and the State must file and serve their complaints-in-intervention and prescribed dates by which certain documents shall be unsealed (the "Deadlines"); and

WHEREAS, pursuant to the Court's Orders dated January 23, 2025, February 27, 2025, and March 13, 2025, respectively, the Court extended the Deadlines.

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated June 28, 2024, and except as provided for in Paragraph 3 below.

3. The seal shall be lifted as to the United States' Notice of Election to Partially Intervene; the State's Notice of Election; the United States' Complaint-In-Intervention; the Stipulation and Order of Settlement and Dismissal entered into by the United States, Community Options, Inc. and Community Options New York, Inc. (collectively, the "Defendants"), and Relator; the Stipulation and Order of Settlement and Release Between the United States and Relator; the Stipulation and Order of Settlement and Dismissal entered into by the State, Defendants, and Relator; and Relator's Complaint.

Dated: March 26, 2025
New York, New York

SO ORDERED:

*Valerie Caproni* (signature)

HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE