

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2025

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF CRIMINAL JUSTICE
MEDICAID FRAUD CONTROL UNIT
CIVIL ENFORCEMENT DIVISION

April 4, 2025

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: United States, *et al. ex rel.* SCOIF v. Community Options, Inc., *et al.*, 20 Civ. 4684 (VEC).

Dear Judge Caproni:

    The Office of the New York State Attorney General represents the State of New York (the "State") in this matter, which has been settled and partially dismissed and unsealed as of March 26, 2025, following the execution of the Stipulation and Order Settlement and Dismissal between the State, Defendants, and Relator (ECF No. 21), and the Stipulation and Order of Settlement and Dismissal between the United States, Defendants, and Relator (ECF No. 19). We write on behalf of the State and the United States respectfully to request that the docketed versions of these Stipulations be replaced with versions containing limited redactions of protected health information contained in Exhibit A to both Stipulations, namely Medicaid beneficiary numbers, under the column labeled "Reference ID." *See* 45 C.F.R. § 164.514(b)(2)(i)(I) (requiring de-identification of protected health information including "[h]ealth plan beneficiary numbers"); *see also McCracken v. Verisma Sys., Inc.*, No. 14 Civ. 06248 (MAT), 2017 WL 4250054, at *4 (W.D.N.Y. Sept. 26, 2017) (permitting exhibits containing protected health information to be filed under seal).

28 LIBERTY STREET, 13TH FLOOR, NEW YORK, NEW YORK 10005● PHONE (212) 417-5300● WWW.AG.NY.GOV

The Honorable Valerie E. Caproni
April 4, 2025
Page 2

      Annexed hereto are redacted versions of both Stipulations. We thank the Court for consideration of this request.

Respectfully,

*Tiffany Castleman-Smith*

Tiffany Castleman-Smith
Special Assistant Attorney General
28 Liberty Street 13th Floor
New York, New York 10005
(212) 417-5394
Tiffany.Castleman-Smith@ag.ny.gov

Encls.

CC: Brian McCormick, Esq.
*Counsel for the Relator*

DAVID E. FARBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: 212-637-2772
E-mail: david.farber@usdoj.gov

---

Application GRANTED IN PART.  The Stipulations and Orders of Settlement and Dismissal at Dkts. 19 and 21 shall remain under seal.  The Clerk of Court is respectfully directed to unseal the Stipulation and Order of Settlement and Release at Dkt. 20.

By **Tuesday, April 8, 2025**, the State of New York must file a revised version of the proposed redactions to the Stipulation and Order of Settlement and Dismissal at Dkt. 21.  It appears that the redactions proposed at Dkt. 28-2, p. 28, were inadvertently applied to entries in the Service Date column.

SO ORDERED.

*[signature]*  4/7/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE