USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/5/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA and THE
STATES OF MARYLAND, NEW JERSEY,
NEW YORK, TENNESSEE, TEXAS, AND THE
CITY OF NEW YORK *ex rel.* SCOIF,

        Plaintiffs,

      v.

COMMUNITY OPTIONS, INC. and
COMMUNITY OPTIONS OF NEW YORK,
INC.,

        Defendants.

20 Civ. 4684 (VEC)

ORDER

WHEREAS on April 8, 2025, the Court entered the parties' (i) Stipulation and Order

of Settlement and Dismissal, and (ii) Consent Judgment, each of which were so ordered by the

Court on March 26, 2025, *see* Dkt. 30;

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to CLOSE

this case.

Dated:  February 5, 2026
       New York, New York

              SO ORDERED:

             _____
             HONORABLE VALERIE E. CAPRONI
             UNITED STATES DISTRICT JUDGE

1